# United States Bankruptcy Court
## Western District of Michigan

In re    **Great Lakes Comnet, Inc.**      Debtor(s)

Case No.       
Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ace Telephone Company of Michi<br>5351 N M-37, PO Box 69<br>Mesick, MI 49668 | Common | 14823 | Stock |
| Blanchard Telephone Company<br>425 Main Street, P.O. Box 67<br>Blanchard, MI 49310-0067 | Common | 5623 | Stock |
| Bloomingdale Telephone Company<br>101 W Kalamazoo St, PO Box 187<br>Bloomingdale, MI 49026 | Common | 3966 | Stock |
| Carr Telephone Company<br>4325 S. Masten Rd<br>Branch, MI 49402 | Common | 1950 | Stock |
| Chapin Telephone Company<br>19994 W Ridge Rd<br>Elsie, MI 48831 | Common | 810 | Stock |
| D & P Long Distance, Inc.<br>4200 Teal Rd.<br>Petersburg, MI 49270 | Common | 1877 | Stock |
| Frontier Communications of Mi<br>224 W Exchange<br>Owosso, MI 48867 | Common | 30 | Stock |
| Geotech, Inc.<br>4900 Cascade Rd SE<br>Grand Rapids, MI 49546 | Common | 101 | Stock |
| Hiawatha Telephone Company<br>108 West Superior Street<br>Munising, MI 49862 | Common | 30 | Stock |
| Kaleva Telephone Company<br>9462 Osmo St.<br>Kaleva, MI 49645 | Common | 1070 | Stock |
| Ogden Telephone Company<br>4726 E. Weston Road<br>Blissfield, MI 49228 | Common | 90 | Stock |

In re:   **Great Lakes Comnet, Inc.**                                             Case No. _____

                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Pigeon Telephone Company**<br>7585 W Pigeon Rd<br>PO Box 650<br>Pigeon, MI 48755 | Common | 660 | Stock |
| **Sand Creek Telephone Company**<br>6525 Sand Creek Hwy<br>Sand Creek, MI 49279 | Common | 1300 | Stock |
| **Springport Telephone Company**<br>400 E. Main St., PO Box 208<br>Springport, MI 49284 | Common | 2560 | Stock |
| **Total Communications, Inc.**<br>P.O. Box 329<br>Lennon, MI 48449 | Common | 2390 | Stock |
| **Upper Peninsula Telephone Comp**<br>397 US 41 N, P.O. Box 86<br>Carney, MI 49812-0086 | Common | 40 | Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  1/22/16                                      Signature  *John Summersett*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.