| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Great Lakes Comnet, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **123.NET** 24700 NORTHWESTERN HWY SUITE 700 Southfield, MI 48075 | S Gradinaru sgradinaru@123.net 866-603-4774 | **Vendor** | | | | $48,746.00 |
| **ACE TELEPHONE CO OF MI INC.** 207 E CEDAR STREET PO BOX 360 Houston, MN 55943 | LEGAL OFFICER 507-896-6206 llea@acecomgroup.com | **Vendor** | | | | $83,687.00 |
| **AGRI-VALLEY SERVICES** 38 S MAIN STREET PO BOX 650 Pigeon, MI 48755 | LEGAL OFFICER noc@avci.net (989) 453-4393 | **Vendor** | | | | $30,498.00 |
| **ANPI, LLC** 26457 NETWORK PLACE Chicago, IL 60673 | LEGAL OFFICER customercare@anpi.com 217-698-2860 | **Vendor** | | | | $17,299.00 |
| **AT&T** PO BOX 5019 Carol Stream, IL 60197 | CUSTOMER ACCOUNTS lonnie.shirey@att.com (800) 660-3000 | **Vendor** | **Disputed** | | | $226,855.00 |
| **CHARTER BUSINESS** 279 TROWBRIDGE DRIVE Fond Du Lac, WI 54937 | LEGAL OFFICER | **Vendor** | | | | $18,358.00 |

Debtor **Great Lakes Comnet, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CISCO SYSTEMS CAPITAL COPORAT** P.O. BOX 742927 Los Angeles, CA 90074-2927 | **LEGAL OFFICER** cs-support@cisco.com 830-632-6105 | Equipment Lease | | | | $63,061.00 |
| **COMMSCOPE** PO BOX 60824 Charlotte, NC 28260 | **LEGAL OFFICER** Remit@commscope.com 800-982-1708 | Vendor | | | | $49,278.00 |
| **CONSUMERS ENERGY** PO BOX 740309 Cincinnati, OH 45274 | **LEGAL OFFICER** 800-477-5050 | Vendor | | | | $17,180.00 |
| **DENTON TOWNSHIP** P.O. BOX 289 Prudenville, MI 48651 | **TRUDY ROBERTS** treasurer@dentontownship-mi.org (989) 366-5913 | Real Property Lease | | | | $28,800.00 |
| **FIRE PROS INC.** 2710 NORTHRIDGE DR NW STE F Grand Rapids, MI 49544 | **LEGAL OFFICER** billieh@firepros.com 616-453-4800 | Vendor | | | | $43,668.00 |
| **INSIGHT DIRECT USA, INC.** PO BOX 731069 Dallas, TX 75373 | **HELEN JOHNSON** helen.johnson@insight.com (972) 764-1040 | Vendor | | | | $34,124.00 |
| **KEPS TECHNOLOGIES INC.** 1800 NORTH GRAND RIVER AVENUE Lansing, MI 48906 | **LEGAL OFFICER** billingsupport@acd.net 517-999-3244 | IRU MAINTENANCE | Disputed | | | $167,554.00 |
| **LEVEL 3 COMMUNICATIONS, LLC** PO BOX 910182 Denver, CO 80291 | **JOHN RYAN** accounts.receivables@level3.com 877-253-8353 | Vendor | | | | $22,907.00 |

Debtor  **Great Lakes Comnet, Inc.**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MERIT NETWORK, INC.** 1000 OAKBROOK DRIVE SUITE 200 Ann Arbor, MI 48104-6794 | Karen Smith  www@merit.edu 734-527-5710 | **IRU MAINTENANCE** | **Disputed** | | | $530,848.00 |
| **MISS DIG SYSTEM, INC** 3285 LAPEER ROAD WEST Auburn Hills, MI 48326 | Legal Officer  DMCCARTHY@MISSDIG.ORG  248-370-6400 | **Vendor** | | | | $16,939.00 |
| **SERVERCENTRAL** 111 WEST JACKSON BLVD SUITE 1600 Chicago, IL 60604 | LEGAL OFFICER  ar@servercentral.com | **Vendor** | | | | $20,005.00 |
| **TOLY DIGITAL NETWORKS, INC.** 1005 W INDIANTOWN RD STE 201 1005 W INDIANTOWN RD STE 201 Jupiter, FL 33458 | JILL JOBSON  ach@insight.com 561-694-8655 | **Vendor** | | | | $35,699.00 |
| **WESTERN TEL-C0M, INC** PO BOX 1317 A-4273 BLUE STAR HIGHWAY Holland, MI 49422 | LEGAL OFFICER  april@westerntel-com.com 616-393-0138 | **Vendor** | | | | $25,067.00 |
| **ZAYO GROUP, LLC** PO BOX 952136 Dallas, TX 75395 | LEGAL OFFICER  customerservice@zayo.com  303-381-4683 | **IRU MAINTENANCE** | | | | $60,975.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Great Lakes Comnet, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/22/2016

X  /s/ signature
Signature of individual signing on behalf of debtor

**John Summersett**
Printed name

**Chief Executive Officer**
Position or relationship to debtor