UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 11 |
| GREAT LAKES COMNET, INC. | Case No. 16-00290 (jtg) |
| Debtor. | |
| _____ | |
| In re: | Chapter 11 |
| COMLINK, L.L.C. | Case No. 16-00292 (jtg) |
| Debtor. | |
| _____/ | Honorable John T. Gregg |

*EX PARTE* ORDER SCHEDULING AN EMERGENCY HEARING
ON THE DEBTORS' FIRST DAY MOTIONS

This matter having come before the Court on the above captioned Debtors' *Ex Parte Motion for an Emergency Hearing on the Debtors' First Day Motions* (the "Motion"); the Court having reviewed the Motion and having determined that the legal and factual basis set forth in the Motion establish good cause for the relief granted herein; no notice or hearing on the Motion being necessary or required; and the Court being otherwise fully advised in the premises:

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion is GRANTED and;

IT IS FURTHER ORDERED that a hearing on the following motions:

a. Debtors' Motion for Entry of an Order Directing Joint Administration of Their Chapter 11 Cases;

b. Motion for Interim and Final Orders (A) Authorizing Debtors in Possession to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364; (B) Granting Liens, Security Interests and Superpriority Claims; (C) Authorizing Use of Cash Collateral and Granting Adequate Protection; (D) Modifying the Automatic Stay; and (E) Scheduling a Final Hearing;

25861970.3\130050-00009

c. Debtors' Motion for an Order Establishing Certain Notice, Case Management and Administrative Procedures;

d. Debtors' Motion for an Order Authorizing Continued Use of Their Existing Bank Accounts, Business Forms and Cash Management System;

e. Debtors' Motion for an Order (A) Prohibiting Utilities from Terminating Services to the Debtors, and (B) Establishing Procedures for Resolving Disputes Relating to Adequate Assurance Requests;

f. Debtors' Motion for an Order (I) Authorizing Payment of (A) Prepetition Employee Wages, Salaries and Related Items; (B) Prepetition Contributions under Employee Benefit Plans; and (C) Prepetition Employee Payroll Deductions; and (II) Granting Related Relief;

g. Debtors' Motion for an Order Extending the Deadline for Filing Their Schedules and Statements of Financial Affairs; and

h. Debtors' Application for an Order Authorizing the Retention and Employment of Kurtzman Carson Consultants LLC as Official Claims, Balloting and Noticing Agent *Nunc Pro Tunc* to the Petition Date.

(the "First Day Motions") will be conducted in the Courtroom of the Honorable John T. Gregg, in the Bankruptcy Court located at the US Post Office & Federal Courthouse, 315 West Allegan Street, Room 101, Lansing, Michigan, on **January 27**, **2016**, **at 10:00 a.m.**, or as soon thereafter as counsel may be heard.

IT IS FURTHER ORDERED that this Order shall be served on (a) United States Trustee, (b) the Debtors' secured lender, (c) the 20 largest unsecured creditors for each Debtor, (c) any parties that have filed notices of appearance or requests for notice; and (d) all other parties identified in a Notice section of a First Day Motion, by electronic mail, facsimile, or overnight delivery to the best available address on or before January 26, 2016, and such service shall be deemed good and sufficient service thereof.

**END OF ORDER**

*Order prepared and submitted by:*

Timothy A. Fusco (P13768)
Stephen S. LaPlante (P48063)
Proposed Attorneys for the Debtors
150 West Jefferson, Suite 2500
Detroit, MI  48226
(313) 963-6420
laplante@millercanfield.com

Proposed Attorneys to the Debtors
and Debtors-in-Possession

Signed: January 25, 2016




John T. Gregg
United States Bankruptcy Judge