UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

    GREAT LAKES COMNET, INC., et. al[1].,   Case No. GL 16-00290
                                                                                          Chapter 11
                                                                                           Honorable John T. Gregg

    _____Debtors-in-Possession./

**APPOINTMENT OF COMMITTEE OF CREDITORS**

Pursuant to Section 1102 of the Bankruptcy Code, Daniel M. McDermott, United States Trustee for Region 9 appoints the following persons to the Official Committee of Unsecured Creditors in the above-captioned case:

AT&T Corp.  
c/o James W. Grudus, Esq.  
One AT&T Way, Room 3A115  
Bedminster, NJ 07921  
(908) 234-3318  
Fax: (832) 213-0157  
jg5786@att.com

MLW Sales, LLC  
c/o Thomas Davis  
3696 Chestnut Lane  
Dryden, MI 48428  
(810) 287-7812  
tdavis@fiberlinkinc.com

TK Communications  
c/o Karl Wuestenberg  
3529 W. Genesee Rd., Ste. 6  
Lapeer, MI 48446  
(517) 927-4022  
Fax: (810) 667-3120  
karlw@fiberlinkinc.com

Merit Network, Inc.  
c/o Joseph Sawasky  
1000 Oakbrook Dr., Ste. 200  
Ann Arbor, MI 48104  
(734) 527-5700  
Fax: (734) 527-5790  
sawasky@merit.edu

AVS  
c/o Ed Eichler and Ray Leppien  
7585 Pigeon Rd.  
P.O. Box 650  
Pigeon, MI 48755  
(989) 453-4391  
Fax: (989) 453-3322  
eeichler@avci.net; rleppien@avci.net

Buist Electric Inc.  
c/o Scott Bishop  
8650 Byron Center Ave. SW  
Byron Center, MI 49315  
(616) 583-5209  
Fax: (616) 878-0872  
sbishop@buistelectric.com

---

[1] This includes the following cases, which are being jointly administered pursuant to previous Court Order: Great Lakes Comnet, Inc., 16-00290, and Comlink L.L.C., 16-00292.

1

ACD.NET (Keps Technologies)
c/o Kirk Shewchuck
1800 N. Grand River
Lansing, MI  48906
(517) 999-3244
Fax: (517) 999-3993
Shewchuck.kirk@acd.net

                              Respectfully Submitted,

                              DANIEL M. McDERMOTT
                              United States Trustee
                              Region 9

Date:   January 29, 2016        By:    _____/s/
                                                      Michelle M. Wilson (P65625)
                                                      Trial Attorney
                                                      Office of the United States Trustee
                                                      United States Department of Justice
                                                      125 Ottawa NW, Suite 200R
                                                      Grand Rapids, Michigan 49503
                                                      (616) 456-2002, ext. 119