UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

GREAT LAKES COMNET, INC., et. al[1].,    Case No.  GL 16-00290
                                                                                    Chapter 11
                                                                                    Honorable John T. Gregg

            Debtors-in-Possession./

**NOTICE OF COMMITTEE MEETING**

Please take notice that the initial meeting of the Official Committee of Unsecured Creditors is scheduled for:

      **DATE:**               Tuesday, February 2, 2016

      **TIME:**               10:00 am

      **LOCATION:**      **Office of the United States Trustee**
                                **125 Ottawa Ave. NW, Ste. 200R**
                                **Grand Rapids, MI  49503**

Professionals will be interviewed following the meeting solely at the discretion of the Committee.

                                                              Respectfully Submitted,

                                                              DANIEL M. McDERMOTT
                                                              United States Trustee
                                                               Region 9

Date:  January 29, 2016              By:                                              /s/
                                                              Michelle M. Wilson (P65625)
                                                              Trial Attorney
                                                              Office of the United States Trustee
                                                             United States Department of Justice
                                                             125 Ottawa NW, Suite 200R
                                                             Grand Rapids, Michigan 49503
                                                             (616) 456-2002, ext. 119

---

[1] This includes the following cases, which are being jointly administered pursuant to previous Court Order:  Great Lakes Comnet, Inc., 16-00290, and Comlink L.L.C., 16-00292.

1