UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: | Chapter 11 |
| GREAT LAKES COMNET, INC., *et al.*[1] | Case No. 16-00290-jtg |
| | (Jointly Administered) |
| Debtor. | |
| _____ / | Honorable John T. Gregg |

**NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the undersigned firm of attorneys are appearing for the Official Committee of Unsecured Creditors. The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address and telephone number:

> Jay L. Welford, Esq.
> Jaffe Raitt Heuer & Weiss, P.C.
> 27777 Franklin Road, Suite 2500
> Southfield, MI 48034
> phone—(248) 351-3000
> jwelford@jaffelaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone facsimile or otherwise.

JAFFE RAITT HEUER & WEISS, P.C.

Dated: February 3, 2016        By:  /s/ Jay L. Welford
                              Proposed Co-Counsel to the Official Committee
                              of Unsecured Creditors
                              27777 Franklin Road, Suite 2500
                              Southfield, MI 48034
                              Phone: (248) 351-3000
                              Facsimile: (248) 351-3082
                              jwelford@jaffelaw.com

---

[1] The Debtors are Great Lakes Comnet, Inc. (Case No. 16-00290) and Comlink, L.L.C. (Case No. 16-00292).

3339736.v1